FILED
09/21/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

| United States District Court | District Southern |  |
|---|---|---|
| Name Justin R. Slover | Prisoner No. 203726 | Case No. CIC-22-06-0129 |

1:22-cv-01871-TWP-MPB

Place of Confinement

Name of Petitioner (include name under which convicted)    Name of Respondent (Superintendent of the institution having custody over petitioner)

Justin R. Slover    v. Wendy Knight

**PETITION**

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: Correctional Industrial Facility, 5124 W. Reformatory Rd., Pendleton, IN 46064

2. Date of judgment of conviction: 7-08-22

3. Sanction(s) imposed: ~~~~ Do not violate, 30 days commissary restriction, 90 days DRH, loss of 60 days (0 days available), demotion of credit class A→B, Imposed suspended sanction of 180 days (87 available)

4. Nature of all infractions (rule violations) involved: B-231 Intoxicant

5. What was your plea? (Check one)

   (a) Not Guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendre  ☐

6. If you pleaded not guilty, what kind of hearing did you have? (Check one)

   (a) Hearing Officer  ☐
   (b) Full Hearing  ☒

(c) Other Specify _____

7. Did you testify at the disciplinary hearing?   Yes ☒   No ☐

8. Did you appeal the decision of guilt and imposition of sanctions?   Yes ☒   No ☐

9. If you did appeal, answer the following:

a. Name and title of institutional reviewing authority: Charlie Fox Assistant Warden

b. Result of appeal: Denied

c. Date of result: 8/1/22 Recieved on 8/3/22

d. Grounds raised: Due process violations; right to a fair hearing before an impartial decision maker, the right to present documentary evidence in my behalf, the right to a written copy of findings of fact in your case, right to a minimum of 24 hours Notice Prior to appearing on a given charge. Sgt. Reiner doesn't explain why he believes it's an intoxicating substance. A dark purple liquid is not an intoxicating substance.

e. If you sought review from any denial of your appeal from a high reviewing authority, answer the following:

i. Name and title of higher reviewing authority: Elise Gallagher

ii. Result of higher appeal: Denied

iii. Date of result: August 25, 2022 Recieved on 8-26-22

iv. Grounds raised: Due process violations; right to a fair hearing before an impartial decision maker, the right to present documentary evidence in my behalf, the write to a written copy of findings of fact in your case, right to a minimum of 24 hours Notice Prior to appearing on a given charge. Sgt. Reiner doesn't explain why he believes it's an intoxicating substance. A dark purple liquid is not an intoxicating substance.

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously

-2-

filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or

federal? Yes ☐  No ☒

11. If your answer to 10 was "yes," please give the following information:

a. (1) Name of court: _____

   (2) Nature of proceeding: _____

   _____

   (3) Grounds raised: _____

   _____

   _____

   _____

   _____

   _____

   _____

   (4) Did you receive an evidentiary hearing on your petition, motion or application? Yes ☐ No ☐

   (5) Result: _____

   (6) Date of result: _____

b. Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, motion or application? Yes ☐ No ☐

12. If you did *not* appeal from any adverse action of any petition, motion or application, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same. **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

-3-

A. Ground one: Due process violation of my right to a fair hearing before an

impartial decision maker.

Supporting FACTS (state *briefly* without citing cases or law): The conduct report, the picture, and notice of confiscated property has case no. CIC-22-06-0129 written on them and the screening and disciplinary report has case no. CIC-22-06-0129 which is clearly two different case numbers. I was denied a copy of a evidence card. The hearing officer found me guilty without rectifying any of the due process errors and along with finding any of the evidence that goes with the case no. CIC-22-06-0129 that I was found guilty on. An impartial decision maker would have fixed these mistakes or should of times nor would they have found me guilty using evidence from another case. I was never screened nor was my case heard for case no. CIC-06-0129.

B.  Ground two: Due Process violation of my right to present documentary evidence in my behalf.

Supporting FACTS (state *briefly* without citing cases or law): During the screening and/or the hearing for case no. CIC-22-06-0129 I was never given a copy of the conduct report, picture evidence, evidence card, and the notice of confiscated property so I was therefore unable to present any evidence in my behalf.

C. Ground three: Due process violation of my right to a written copy of findings of fact in your case.

Supporting FACTS (state *briefly* without citing cases or law): During the screening of the hearing I was never given a copy of the conduct report, picture evidence, evidence card, and notice of confiscated property for case no. CIC-06-0129. I was given all that for case no. CIC-06C-0129 which is two different case numbers. Never received a copy of my Notice of my hearing.

D. Ground four: Due process violation of my right of a minimum of 24 hours Notice Prior to appearing on any given charge.

Supporting FACTS (state *briefly* without citing cases or law): I asked for a full hearing during my screening. The screening officer doesn't give notices before your hearings. It's not his job. It's the hearing officer's job to provide that notice. The screening hearing is not a notice that's like saying the day you get written up

-5-

E. Ground Raised: Wrongly Found Guilty
Supporting Facts: Sgt. Raines doesn't explain why a dark purple liquid is consider an intoxicating substance. In my experience this would be considered grape koolaid. The lack of evidence for the case I was found guilty on. The fact that evidence from a different case number was used to find my guilty. The fact that many of my due process rights were violated.

the same thing because you get 14 business days before your hearing has to be heard.

13. If any of the grounds listed in 12A, B, C and D were not previously presented in your administrative appeal, state *briefly* what grounds were not presented and give your reasons for not presenting them: _____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

Yes ☐   No ☑

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

   a. Disciplinary hearing: Sgt. ? (Can't read the name.)

   b. Institutional level appeal: Charlie Fox Assistant Warden

-6-

    c. Higher level appeal: Elise Gallagher Appeal Review Officer

WHEREFORE, petitioner prays that the Court grant petitioner the following relief will overturn my conduct report.

as well as any other relief to which the petitioner is entitled under law.

_____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __9__ __10__ __2022__  _____
           [Month] [Day] [Year]    Signature of Petitioner