United States District Court
Southern District Of Indiana
Indianapolis Division

Justin Ryan Slover,
Petitioner,

Vs.

Wendy Knight,
Respondent,

No. 1:22-cv-01871-TWP-MPB

## Motion Requesting to Amend Relief

I Justin Ryan Slover, Pro Se, am filing this motion requesting the court to allow me to amend my relief from overturning the case; to vacating the conviction.

In some cases not being completely clear about what relief your seeking can cause serious problems for one in the long run.

Respectfully Submitted,

Pro Se: Justin Ryan Slover
10-27-22